Parcel Identification No: 01-4121-311-0410

CFN 2008R0088773
OR Bk 26192 Pg 4848; (1pg)
RECORDED 02/01/2008 12:28:10
DEED DOC TAX 0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

Prepared by:
Maria Mazara
Record & Return to :
1717 N. Bayshore Drive
Suite 129
Miami, Florida 33132

Grantee S.S. Number:
Name: EURO FINANCIAL CORP.

# QUITCLAIM DEED

**This Quitclaim Deed,** Made this **23rd** day of **January, A.D. 2008**, **Between MARIA MAZARA, a married woman, and LUIS GASPARINI, her husband**, of the County of **DADE**, State of **FLORIDA**, Grantors, and **EURO FINANCIAL CORP., a Florida corporation**, whose address is **3225 FRANKLIN AVENUE-VILLA 03, COCONUT GROVE, FLORIDA 33132**, of the County of DADE, State of FLORIDA, Grantee.

**Witnesseth**, that the Grantors, for and in consideration of the sum of **--------TEN & NO/100 ($10.00)------------------DOLLARS**, and other good and valuable consideration to Grantors in hand paid by Grantee, the receipt of which is hereby acknowledged, have granted, bargained and quitclaimed to the said Grantee and Grantee' heirs and assigns forever, the following described land, situate, lying and being in the County of DADE, State of Florida, to-wit:

**Condominium Unit No. VILLA-03 in GROVE GARDENS RESIDENCES, A CONDOMINIUM, according to the Declaration thereof, as recorded July 19, 2006, in Official Records Book 24735, Page 3599, of the Public Records of Miami-Dade County, Florida, as amended and /or supplemented from time to time, together with an undivided interst in the Common Elements appurtenant thereto.**

**To Have and to Hold** the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of Grantors, either in law or equity, for the use, benefit and profit of the said Grantee forever.

**In Witness Whereof**, the Grantors have hereunto set they hands and seals the day and year first above written.

**Signed, sealed and delivered in our presence:**

Witness #1 Signature
JACK MAYER
Witness #1 Printed Name

Witness #2 Signature
JULIA COELHO
Witness #2 Printed Name

L.S.
**MARIA MAZARA**
3225 FRANKLIN AVENUE-VILLA 03, COCONUT GROVE, FLORIDA

L.S.
**LUIS GASPARINI**
3225 FRANKLIN AVENUE-VILLA 03, COCONUT GROVE, FLORIDA

**STATE OF FLORIDA**
**COUNTY OF DADE**

The foregoing instrument was acknowledged before me this **23rd** day of **January, 2008**, by MARIA MAZARA and LUIS GASPARINI who are personally known to me or have produced FL. DL. # G216-521-56-335-0 as identification. – LUIS GASPARINI
MARIA MAZARA FL. DL. # M263-553-56701-0

SEAL

Notary Signature
JAVIER CARRILLO
Printed Notary Signature
My Commission Expires: FEB. 13th. 2011

Our File # MAZARA

JAVIER R. CARRILLO
MY COMMISSION # DD640013
EXPIRES February 13, 2011
(407) 398-0153 FloridaNotaryService.com

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL