DocuSign Envelope ID: EA09030F-AC0B-4723-A696-C267C3949E86

FL Green Development LLC
19068 NE 29 Ave. Miami, Fl. 33180
(855) 855-6555

# Scope of work / ADDENDUM REVISED

June 5th, 2024

## ADDRESS - 3540 Main Hwy #V-03, Miami, FL 33133

**1.) Demolition**

- All baseboards
- Removal of all switches, outlets, faceplates, and other connections due to new electrical configurations.
- Existing railings and curtains
- All closet doors + interior doors in 1st & 2nd floor
- All bathrooms demolished
- Kitchen Cabinets + countertops + Backsplash
- Both A/C units
- Water heater
- DISPOSAL OF ALL MATERIAL FROM PROPERTY

**2.) Flooring**

- Hardwood flooring Installation in ALL of the house, besides bathrooms with engineered glue, and underlayment requirements by code.
- Hardwood flooring will be installed on top of the existing floor.

**3.) Baseboards**

- New 5 ½ inch baseboards will be provided & installed from contractors selection.
- Baseboards will be primed, painted, and sanded.
- Full finish of caulking on baseboards between floor, and wall where baseboards meet.

**4.) A/C**

- 2 new A/C units will be installed + Provided by code
- All new vent covers replaced + Provided

DS
LG

**5.) Bathrooms**

- ALL bathrooms will have full remodel
    - Full remodel includes
        - New tile (Installed & Provided) on all walls + Floor
        - New plumbing mixture for all showers + Vanities (Provided + installed)
        - New Glass shower doors (⅜ inch tempered) + handles (Frameless) (Custom colors) provided + Installed
        - Installation of toilet, vanity, faucets, shower head, bathroom accessories, LED mirror electrical preparation & Installation
        - Paint/sanding on ceilings
        - Baseboards installation matching from house
        - Toilets, LED mirrors, Shower head, faucets, and accessories will be provided for.

**6.) Doors**

- 8 doors Installation in 2nd floor
- Laundry door installation in 2nd floor
- Closet door in hallway Installation in 2nd floor
- Closet door in bedroom installation in 2nd floor
- 2 doors installation in 1st floor
- 2 pocket doors installation in 1st floor
- 1 closet sliding door Installation in 1st floor

**7.) Fence / Landscaping**

- Build new Aluminum custom fence around A/C condensers
- Cut grass + add St Augustine grass in rough patches

**8.) Kitchen + Countertops + Backsplash**

- New European style (Modern) Kitchen Doors with soft close, keep existing boxes, custom handles, Provided & installed
- New 3 CM countertop (Custom color from selection)
- Backsplash will be a choice of tile from the collection, or from countertop.
- Colors of cabinets will be by choice of client as well as finish of matte, shiny, or polished.
- Cabinets will be mounted from ceiling
- The Cabinets position will be from the existing layout of kitchen cabinets and countertop.

DS
LG

**9.) Electrical**

- New electrical points for LED mirrors in bathrooms
- Supply 3 LED Mirrors for all bathrooms
- New Switches + Covers + Faceplates in entirety of the house & Checking connections in wiring up to code
- Recessed spotlights will be replaced in ceilings + rewiring up to code for right wattage.

**10.) Paint & Compound**

- All compound fixes in the house will be taken care of from work in construction.
- Paint touch ups of all walls from all construction work

11.) **EXTRAS**

- Structural changes in 1st floor bathroom, shower wall
- Remove all vegetation in the back besides big trees
- Pantry closet in adjacent room to kitchen
- Aluminium Railing in black
- Popcorn ceiling smoothing in living room, 2 rooms upstairs.
- 4 Duravit Toilets included in budget

12.) EXTRAS

DS
LG

- **PAINTING**:
- Detect and repair any water leaking in 2nd floor
- All popcorn in the living room ceilings area will be removed Any ceilings or damage walls will be repaired
- A coat of primer will be applied to the entire unit
- Painting included
- Ceilings
- Walls
- Baseboards
- Doors frames
- Doors
- NOTE: The walls color will be chosen by the client
- **A/C:**
- Install 2 new A/C machines
- Clean all existing A/C ducts
- Install new A/C linear slot diffuser in the unit
- With installed new outlets and new switches
- Install new LED mirrors in the master bathroom
- **PLUMBING:**
- Mixing water valve will be replaced only in the master bathroom
- NOTE: New shower head and shower trim is included
- The toilet in the master bathroom will be relocated
- All existing turn angles valves be replaced only in the master bathroom Install new toilet bidet in the master bathroom
- NOTE: New wax rings and water supply is included
- New shower pain will be installed
- Install new kitchen sink and drain
- Install new kitchen faucet
- Install new floating cabinet in the master bathroom
- Install new water heater
- NOTE: Any existing connection will be replaced

DS
LG

**THIS CONTRACT IS SUBJECT TO THE FOLLOWING TERMS AND CONDITIONS:**

1. Commencement Date and Substantial Completion:
- Contractor shall begin work within 3 days of contract execution and contractor shall endeavor to achieve Substantial Completion. Owner acknowledges that the work will be completed without a city permit and is responsible for any violations.

2. Owner Acceptance of Payment Terms and Use of Finance:
- Owner acknowledges that payment is due upon work completed in phases listed below and agrees to comply with any other specification stated upon signed contract. Contractor may stop work or terminate the contract if Owner fails to fulfill obligations, with specified cure periods. FL GREEN DEVELOPMENT, LLC offers 3rd party finance options. Owner must pay the contract amount in full, with or without finance.

Phases listed below:
20% - Before work begins
15% - After FL Green Completed Demolition, installation of hardwood flooring.
20% - After FL Green Completed kitchen + Cabinets.
30% - After FL Green Completes A/C / Fence for A/C condensers / Electrical work / Bathrooms
15% - After FL Green Completes Work entirely with Paint & Compound / Doors / Baseboards / Landscaping / ALL Extras

3. Owner's Responsibilities:
- Owner must ensure site accessibility, timely decisions, and provide utilities. Contractor has discretion in material selection and may substitute if necessary.

4. Materials and Workmanship Standards and costs:
- Contractor will use standard grade materials unless otherwise specified, and isn't responsible for restoring unrelated premises affected by the work. Contractor may adjust the contract price if material costs increase beyond 10%, due to reasons beyond their control. Contractor will leave the site neat and debris-free upon completion.

5. Sole and Exclusive Warranty:
- Contractor provides manufacturer warranties for all the material; otherwise, no additional warranties are implied, and liability is limited. Contractor includes a 1 year warranty on labor/workmanship. A/C units will have labor + Manufacturer warranty

6. Unforeseen Conditions:
- Contractor is entitled to adjustments in contract sum and time for unforeseen conditions encountered during the project.

7. Consequential Damages and Force Majeure:
- Neither party is liable for consequential losses or damages beyond the contract. Contractor isn't liable for delays due to uncontrollable events, and work will resume promptly once such events cease.

DS
LG

8. Weather and Other Damage:
- Contractor isn't responsible for weather-related damage beyond reasonable control.

9. Permit Fees, Taxes, and Assessments:
- Owner is responsible for taxes and fees; Contractor obtains necessary permits for Roof replacement, Impact windows and doors and new A/C unit, Owner is responsible for interior remodeling permits such as Kitchen remodeling and floor replacement. (NOT APPLICABLE in this contract)

10. Asbestos, Mold, and Hazardous Substances:
- Contractor won't work on areas with undisclosed hazards and is not liable for mold recurrence outside the contracted scope, and a Change order must occur if the client would like us to continue.

11. Change Orders:
- Changes require written approval and may adjust the contract sum. Changes may be required in cases where additional materials or labor are necessary to complete the job but were not included in the initial Scope of Work.

Print

FL Green Rep: DocuSigned by: Dan Reggev 28B9E19FF6174BD...

Client: DocuSigned by: Luigi Gasparini 7FF900DD4151494...

Signature

FL Green Rep: DocuSigned by: Dan Reggev 28B9E19FF6174BD...

Client: DocuSigned by: Luigi Gasparini 7FF900DD4151494...